

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2023

No. 04-23-00361-CV

**IN RE** Brian **GILROY**, Relator

Original Proceeding[1]

### ORDER

The April 26, 2023 order staying trial court proceedings is LIFTED, Relator's Agreed Motion to Dismiss Petition for Writ of Mandamus is GRANTED, and the petition for writ of mandamus is DISMISSED. Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against the relator. *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on June 14, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CI-20684, styled *Brian Gilroy v. Patrick Corbett, Jim Hale, Ryan Menius and Mark Menius*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.